**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THOMAS HARE,

      Plaintiff,

v.                                                                    No. 2:19-cv-01091-RB-GJF

BENNETT J. BAUR, an individual;
STATE OF NEW MEXICO LAW
OFFICES OF THE PUBLIC DEFENDER;
JENNIFER BIRMINGHAM, an individual;
JAMES WALKER, an individual; and
MICHELLE HALEY, an individual;

      Defendants.

## MEMORANDUM OPINION AND ORDER OVERRULING OBJECTIONS

**THIS MATTER** comes before the Court on Plaintiff's Response and Objection to Order to Show Cause Issued by Magistrate Judge Gregory Fouratt on May 21, 2020; Plaintiff's Objection to the Illegal Hearing Held by Magistrate Judge Gregory Fouratt on May 21, 2020; and Plaintiff's Objection to Status Conference Set for 6/9/2020 (Doc. 54) filed June 8, 2020.

On May 21, 2020, Judge Fouratt ordered Plaintiff to show cause why Plaintiff failed to appear for the telephonic status conference set for May 21, 2020, and why Plaintiff should not be sanctioned for his failure to appear. (*See* Doc. 53 ("Order to Show Cause").)

On May 21, 2020, Judge Fouratt entered an order resetting the telephonic status conference for June 9, 2020. (*See* Doc. 52.)

Plaintiff objects to (i) Judge Fouratt's Order to Show Cause, (ii) Judge Fouratt conducting the May 21, 2020, telephonic status conference, and (iii) Judge Fouratt resetting the status conference for June 9, 2020. (Doc. 54.) Plaintiff contends that Judge Fouratt did not have the

authority to conduct the May 21, 2020 status conference because Plaintiff did not consent to Judge Fouratt conducting proceedings.

The Court overrules Plaintiff's Objections because Judge Fouratt was authorized to enter the Order to Cause, conduct the May 21, 2020, status conference, and set the June 9, 2020, status conference. (*See* Doc. 70 (explaining that Judge Fouratt was properly authorized to preside over all non-dispositive pre-trial matters in this case).)

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE