IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS HARE,
      Plaintiff,

v.                                    Civil Action No. 19-cv-01091-RCB-GJF

STATE OF NEW MEXICO LAW OFFICES OF THE PUBLIC DEFENDER;
BENNETT J. BAUR, CHIEF PUBLIC DEFENDER,
STATE OF NEW MEXICO LAW OFFICES
OF THE PUBLIC DEFENDER (aka, Ben Baur);
JENNIFER BIRMINGHAM, an individual;
JAMES WALKER, an individual; and
MICHELLE HALEY, an individual,

      Defendants.

## ADDENDUM TO DOCUMENT 113 OF THE RECORD: PLAINTIFF'S NOTICE OF COMPLETION OF BRIEFING FOR PLAINTIFF'S MOTION TO STRIKE FILED AT DOCUMENT 100 OF THE RECORD

PLEASE TAKE NOTICE that Plaintiff pro se, Thomas Hare, served a *Notice of Filing Error by the Clerk's Office Regarding Document 112 of the Record* to the Clerk's Office on November 2, 2020 to correct the Clerk's failure to properly file Document 112 with all pages submitted by Plaintiff. Specifically, Page 5 of Document 112 was missing despite the fact that it was submitted with the original filing provided by Plaintiff.

Plaintiff hereby files this Addendum to Document 113, *Plaintiff's Notice of Completion of Briefing for Plaintiff's Motion to Strike Filed at Document 100 of the Record*, to complete the list of all pleadings filed to brief Document 100 of the Record, which now includes the following:

1. Plaintiff's Motion to Strike Defendant's (sic) Response to Plaintiff's Motion for Summary Judgment [Document 100 of the Record], filed on September 9, 2020;

2. [Defendants'] Response to Plaintiff's Motion to Strike [Document 106 of the Record], filed on September 21, 2020;

3. Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Strike, served to Defendants and the court on October 1, 2020; and

4. Notice of Filing Error by the Clerk's Office Regarding Document 112 of the Record, served to Defendants and the court on November 2, 2020.

Dated: November 2, 2020

Respectfully submitted,

Thomas Hare
Plaintiff pro se
311 Laurens Street #1
Olean, NY 14760
Telephone: 716-378-0512
Email: thomasehare@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2020, I mailed a copy of this pleading to the Defendants' attorney of record, Michael Bebeau, by U.S. Postal Service first-class mail, postage prepaid, at the following address:

Michael Bebeau
Miller Stratvert, P.A.
P.O. Box 1986
Santa Fe, New Mexico 87504-1986

Thomas Hare

311 Laurens Street #1
Olean, NY 14760

BUFFALO NY 140
2 NOV 2020 PM 1 L

USA
NON-MACHINEABLE SURCHARGE

U.S. District Court
District of New Mexico
Office of the Clerk, Suite 270
333 Lomas Blvd. NW
Albuquerque, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 05 2020

MITCHELL R. ELFERS
CLERK

87102-227470